# Court of Appeals
# of the State of Georgia

ATLANTA,  July 15, 2026

*The Court of Appeals hereby passes the following order:*

**A26A2360.  JAMES  KENNETH  EVANS  v.  TYRONE  OLIVER, COMMISSIONER.**

James Kenneth Evans filed a petition for habeas corpus, which the superior court denied. Evans then filed this direct appeal. Under our Constitution, however, the Supreme Court of Georgia has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III(4). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  07/15/2026

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*